B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Rita W. Lipton** _____,

                               Debtor

Case No. ____**09-16250**____

Chapter _____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 875,000.00 | | |
| B - Personal Property | Yes | 18 | 262,919.80 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 993,297.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 242,217.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 143,466.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 20,047.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 15,465.46 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| | | Total Assets | 1,137,919.80 | | |
| | | Total Liabilities | | 1,378,981.12 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Rita W. Lipton** _____ ,
Debtor

Case No. _____ **09-16250** _____

Chapter _____ **13** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Rita W. Lipton**                                                          ,    Case No. ___**09-16250**___
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtor's residence**<br>**550 SE Mizner Blvd #605**<br>**Boca Raton FL** | **Warranty Deed - tenants by entirety** | J | 875,000.00 | 993,297.00 |

|  | Sub-Total > | 875,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 875,000.00 |  |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

05/01/2003  09:42:18  20030246158
OR BK 15146 PG 1359
Palm Beach County, Florida
AMT 730,000.00
Doc Stamp 5,110.00

PREPARED BY AND RETURN TO:

Steven R. Parson, Esquire
RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
701 Brickell Avenue, Suite 1900
Miami, Florida 33131

Property Control Number:  06-43-47-29-48-001-0000

## CONDOMINIUM WARRANTY DEED

THIS INDENTURE, made this __7th__ day of __April__, 2003, between BOCA GOLF VIEW, LTD., a Florida limited partnership, whose principal office is located at 321 East Hillsboro Boulevard, Deerfield Beach, Florida 33441 ("Grantor"), and __Robert Lipton and Rita Lipton, his wife__, whose post office address is __550 S.E. Mizner Blvd., Apt. B-605__ ("Grantee"). __Boca Raton, FL 33432__

## WITNESSETH:

That the Grantor, for and in consideration of the sum of TEN ($10.00) DOLLARS and other good and valuable consideration to it in hand paid by the Grantee, the receipt of which is hereby acknowledged, has granted, bargained and sold to the Grantee, and the Grantee's heirs and assigns forever, the following described real property situate, lying and being in Palm Beach County, Florida, to-wit:

UNIT NO. B-__605__ of TOWNSEND PLACE, A CONDOMINIUM, PHASE II, according to the Declaration of Condominium thereof, recorded in Official Records Book 10165, at Pages 1750 through 1855, as amended in Official Records Book 13282, Page 1096, Official Records Book 13465, Page 638, Official Records Book 13540, Page 1598 and as amended by Amendment to Declaration of Condominium of Townsend Place, A Condominium, adding **Phase II** recorded in Official Records Book 14975, Page 0002 of the Public Records of Palm Beach County, Florida, and any and all amendments thereto (collectively, the "Declaration"), together with any undivided share in the common elements appurtenant to such unit.

SUBJECT, HOWEVER, TO THE FOLLOWING:

1.  Real property taxes for the year 2003 and subsequent years.
2.  Zoning and other regulatory laws and ordinances.
3.  Dedications, restrictions, reservations and easements as indicated and/or shown on that certain plat of Plat A, Spanish River Land Co., recorded in Plat Book 16, Page 27, with S.E. 6th Street shown thereon being abandoned by City of Boca Raton Ordinance #4248, recorded in Official Records Book 8964, Page 1574 of the Public Records of Palm Beach County, Florida. Said Plat shows a 10-foot wide utility easement along the easterly line of Parcel 18.
4.  Restrictive Covenants by Arvida Corporation, dated September 22, 1983, recorded September 23, 1983, in Official Records Book 4045, Page 1719, of the Public Records of Palm Beach County, Florida.
5.  Easement Deed in favor of the City of Boca Raton, dated December 11, 1989, recorded December 22, 1989, in Official Records Book 6301, Page 1136, of the Public Records of Palm Beach County, Florida.
6.  Ordinance No. 4035 of the City of Boca Raton Re: Community Redevelopment Area Development Order, as recorded in Official Records Book 7809, Page 444 of the Public Records of Palm Beach County, Florida.
7.  Non-exclusive Easement, dated December 5, 1995, Bell South Telecommunications, Inc. is the grantee, as recorded in Official Records Book 9055, Page 1532 of the Public Records of Palm Beach County, Florida.
8.  That certain Declaration of Unity of Title, dated December 20, 1995, made by Arvida/JMB Partners, as recorded in Official Records Book 9055, Page 1529 of the Public Records of Palm Beach County, Florida.
9.  Survey updated September 20, 2002, prepared by Michael G. Purmort & Associates, Inc., as per F.B. 421, Page 41, (NOTE: Job Number 96-0001), discloses the following:
    a.    Concrete walkway and fence and pump encroachments over easement at northwesterly portion.
    b.    1"x 5" electric panel located outside of utility easement at northwesterly portion.
10. Such state of facts as would be disclosed by an accurate survey and inspection of the premises subsequent to the date of filing of the Declaration of Condominium described herein.
11. ~~Any lien provided by County Ordinance or by Chapter 159, Florida Statutes, in favor of any city, town, village or port authority, for unpaid service charges for service by any water systems, sewer systems, or gas systems serving the land described herein; any lien for waste fees in favor of any county or municipality.~~

Page 1 of 2

MIA:198026:1

12. Conditions, restrictions, covenants, lien rights and other provisions of the Declaration of Condominium of TOWNSEND PLACE, a Condominium, and Exhibits thereto, recorded on January 2, 1998 in Official Records Book 10165, at Page 1750, which was amended by Certificate of Amendment to the Declaration of Condominium recorded in Official Records Book 13282, at Page 1096; which was further amended by Certificate of Amendment to the Declaration of Condominium recorded in Official Records Book 13465, at Page 638, and further amended by Certificate of Amendment to the By-Laws recorded in Official Records Book 13540, at Page 1598, and as further amended by Amendment to the Declaration of Condominium of Townsend Place, a Condominium adding Phase II recorded in Official Records Book 14975, at Page 0002 all of the Public Records of Palm Beach County, Florida. These restrictions provide, among other things, for a maintenance assessment upon the Unit owners, liens for liquidated damages, and/or option, right of first refusal or prior approval of a future purchaser or occupant.

13. Easement executed by and between Florida Power & Light Company and Boca Golf View, Ltd., a Florida limited partnership, dated July 31, 1997 and recorded August 11, 1997, in Official Records Book 9917, at Page 1176, of the Public Records of Palm Beach County, Florida.

14. Dedications, restrictions, reservations and easements as indicated and/or shown on that certain Plat of TOWNSEND PLACE, recorded in Plat Book 81, at Page 119, of the Public Records of Palm Beach County, Florida.

15. Special Assessment Liens as contained and more fully described in Financial Services Memorandum 96/97 – 194 on file with the City of Boca Raton, Florida, inclusive of unrecorded Ordinance No. 3851 adopted by the City Council of the City of Boca Raton dated May 22, 1990, which is not yet due and payable for the year ending December 31, 2003.

16. Grant of Easement for Cablevision from Boca Golf View, Ltd. To Comcast Cablevision of Boca Raton, Inc., recorded June 15, 1998 in Official Records Book 10460, at Page 1284, of the Public Records of Palm Beach County, Florida.

Nothing herein shall be deemed to reimpose any of the above exceptions which have otherwise expired.

TOGETHER with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any way appertaining.

TO HAVE AND TO HOLD the same in fee simple forever.

Grantee, by acceptance hereof, and by agreement with Grantor, hereby expressly assumes and agrees to be bound by and to comply with all of the covenants, terms, conditions and provisions set forth and contained in the Declaration, including, but not limited to, Grantee's obligation to pay all assessments to TOWNSEND PLACE CONDOMINIUM ASSOCIATION, INC., a Florida corporation not-for-profit, as provided for therein for the maintenance and operation of the Condominium which may be levied against the aforedescribed Unit.

Grantor does hereby covenant with Grantee that Grantor is lawfully seized of the Property in fee simple; that Grantor has good right and lawful authority to sell and convey the property, and Grantor hereby warrants the title to said property and will defend the same against lawful claims of all persons claiming by, through or under the Grantor.

IN WITNESS WHEREOF, Grantor has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the day and year first above written.

Signed, sealed and delivered
in the presence of:

Print Name: BENITA J. WEAVER

Print Name: Karina Perea

BOCA GOLF VIEW, LTD., a Florida limited
partnership

By:   BOCA GOLF VIEW DEVELOPERS,
INC., a Florida corporation
general partner

By: _____
Brian Street, President

[CORPORATE SEAL]

STATE OF FLORIDA        )
                        ) SS:
COUNTY OF BROWARD       )

The foregoing instrument was acknowledged before me this   7th   day of   April   , 2003, by BRIAN STREET, as President of BOCA GOLF VIEW DEVELOPERS, INC., a Florida corporation, general partner of BOCA GOLF VIEW, LTD., a Florida limited partnership, on behalf of the partnership. He is personally known to me.

My Commission Expires:

Notary Public, State of Florida at Large
Typed, printed or stamped name of Notary Public

Karina A. Perea
Commission #DD169585
Expires: Dec 03, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

Page 2 of 2



I hereby certify that the foregoing is a true copy
of the record in my office this day, Apr 15, 2008.
Sharon R. Bock, Clerk Circuit Court, Palm Beach County, Florida
BY _____ Deputy Clerk

B6B (Official Form 6B) (12/07)

In re    **Rita W. Lipton** _____ ,    Case No. ___**09-16250**_____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | **0.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking acct #2056** | - | **38,533.95** |
| | | **Bank of America Checking acct #1939** | - | **73,856.07** |
| | | **Bank of America Checking acct #1784** | J | **1,638.67** |
| | | **Bank of Florida #1572** | J | **0.00** |
| | | **Bank of Florida #5706**<br>**Lipton Irrev Trust Dated 12/27/1990**<br>**Rita Lipton Trustee** | - | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **See attached list** | J | **112,556.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Debtor's clothing - no value to estate** | - | **0.00** |
| 7.  Furs and jewelry. | | **See attached** | - | **36,335.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **National Benefit Life Ins Co. #2196 Debtor is beneficiary of husband's policy** | - | **0.00** |

|  | Sub-Total >  | **262,919.69** |
|---|---|---|
|  | (Total of this page) |  |

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Rita W. Lipton**
_____,  Case No.  **09-16250**  _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Friedman Billings Ramsey & Co. #8230** | - | **0.11** |
| | | **5% Summit Vegas Management Company, a Nevada corporation** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Debtor owns unsecurred promissory note from Picasso Holding Company payable over 10 years. Value is contingent upon general economic conditions and the ability of the company to make current payments. Face value was $650,000.00. Liquidation value is unknown.** | - | **Unknown** |
| | | **Debtor owns a 10 year unsecured promisory note from David Lipton. Face value at time of creation was $120,000.00. Liquidation value is unknown and contingent upon ability to sell the note.** | - | **Unknown** |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >          **0.11**
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Rita W. Lipton**                                                                    ,     Case No.    **09-16250**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Lipton Irrevocable Trust 12/27/90** | **J** | **Unknown** |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >                                **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Rita W. Lipton**                                                      ,    Case No.    **09-16250**
                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Debtor receives $491.00 p/m s/s** | **-** | **Unknown** |

|  |  |
|---|---|
| Sub-Total >  (Total of this page) | **0.00** |
| Total > | **262,919.80** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

# APPRAISAL REPORT

| | | | |
|---|---|---|---|
| **Rita Lipton** | | | |
| **550 SE Misner Blvd., #605** | | | |
| **Boca Raton, FL 33432** | | | |
| | | | |
| **March 25, 2009** | | | |

| Item | Qty | Description | F.S.L.V. |
|---|---|---|---|
| | | **FOYER** | |
| 1 | 1 | Framed Painting Oil on Canvas 36 X 36, (Bouquet of Flowers) By: Joseph Kinnebrew | $ 2,000.00 |
| 2 | 2 | Chrome Lights | $ 40.00 |
| 3 | 1 | Framed Print 24" X 30" (4 squares) | $ 120.00 |
| 4 | 1 | Framed Mosaic of a "Russian Icon Minister) | $ 100.00 |
| 5 | 1 | Sculpture in Steel By: N. Hadock 1988 3/15 on Granite Base | $ 1,200.00 |
| 6 | 1 | Wall Table w/Glass Top | $ 650.00 |
| 7 | 1 | Framed Mirror 4' X 5'  By : Starck | $ 400.00 |
| 8 | 1 | Krell # KAV-280CD CD Player | $ 350.00 |
| 9 | 1 | Krell # KAV-500I Receiver | $ 1,000.00 |
| 10 | 1 | Pair of Unique Speakers in metal casing | $ 800.00 |
| 11 | 1 | Sculpture of a Bull w/ Glass Ball | $ 120.00 |
| | | **LIVING ROOM** | |
| 12 | 1 | 5 Piece Fabric Sofa | $ 400.00 |
| 13 | 1 | Chrome/Glass Coffee Table | $ 500.00 |
| 14 | 2 | Leather & Chrome Chairs | $ 500.00 |
| 15 | 1 | Glass Sculpture 1992 (unidentifiable artist name) | $ 200.00 |
| 16 | 1 | Framed Painting By: Will Caldwell (30" X 48") on paper | $ 1,200.00 |
| 17 | 1 | Sculpture in Steel By: Stillman 1989 on granite base | $ 1,300.00 |
| 18 | 1 | Glass Top Triangular Table | $ 550.00 |
| 19 | 1 | Crystal Candy Dish | $ 30.00 |
| 20 | 1 | Floral Display | $ 40.00 |
| 21 | 1 | Granite Side Table | $ 75.00 |
| 22 | 1 | I Pod Speaker | $ 100.00 |
| 23 | 1 | Sculpture By: Michel Lauro (Mans Head) 1983 NYC w/granite base (No information found on artist. Valued as a "No Name" artist. | $ 1,500.00 |
| | | **DINING ROOM** | |
| 24 | 4 | Fabric covered chairs | $ 700.00 |
| 25 | 1 | 3' X 3' Goat skin covered table | $ 500.00 |
| 26 | 1 | Crystal Bowl | $ 30.00 |
| 27 | 32 | Misc glasses | $ 96.00 |
| 28 | 1 | Sterling Silver Ice Bucked & Pitcher | $ 50.00 |
| 29 | 1 | Crystal Decanter | $ 30.00 |
| 30 | 3 | Crystal Decanters on Chrome Tray | $ 150.00 |
| 31 | 1 | Silver Pitcher, Jar | $ 50.00 |
| 32 | 1 | Tea Pot w/ woman's face painted on it | $ 30.00 |
| 33 | 2 | African looking men sculptures | $ 40.00 |
| 34 | 1 | Framed Art By: Patrick Hughes 8/45 | $ 500.00 |
| 35 | 1 | 7' Oval Glass Top Table (s/s base) | $ 1,000.00 |
| 36 | 6 | Wood/Metal & Fabric Chairs | $ 1,200.00 |
| 37 | 1 | Lion Statue | $ 40.00 |
| 38 | 1 | Cactus | $ 45.00 |
| 39 | 1 | Oriental Style Vase | $ 70.00 |
| 40 | 1 | Floral Display | $ 35.00 |
| 41 | 1 | Framed painting 36" X 60" Sir Realism (no name artist) | $ 450.00 |
| 42 | 2 | Steel & Leather Bar Stools | $ 200.00 |
| 43 | 1 | Sharp 15" LCD TV | $ 80.00 |
| 44 | 1 | Toaster Oven | $ 30.00 |
| 45 | 1 | Nombi Salt & Pepper Shakers | $ 10.00 |
| 46 | 1 | Lot dishes | $ 60.00 |

# APPRAISAL REPORT

| Item | Qty | Description | F.S.L.V. |
|---|---|---|---|
| 47 | 1 | Lot flatware | $ 30.00 |
| 48 | 1 | Lot pots & pans | $ 80.00 |
| 49 | 1 | phone | $ 5.00 |
| 50 | 1 | Lot misc kitchen items | $ 50.00 |
| | | **MASTER BEDROOM** | |
| 51 | 1 | Glass Sculpture By: Lino (1988) | $ 300.00 |
| 52 | 1 | Queen size bed w/chrome frame | $ 400.00 |
| 53 | 1 | Fabric covered lounge chair | $ 450.00 |
| 54 | 1 | Glass top side table | $ 30.00 |
| 55 | 1 | Faux tree | $ 75.00 |
| 56 | 1 | Painting on canvas of man & woman (no name artist) | $ 200.00 |
| 57 | 1 | Phone | $ 15.00 |
| 58 | 1 | Sony 32" LCD TV | $ 300.00 |
| 59 | 1 | Sony VCR/DVD  player | $ 30.00 |
| 60 | 2 | Sonus Faber speakers | $ 300.00 |
| 61 | 1 | Framed Print 16" X 12" | $ 20.00 |
| 62 | 2 | Framed prints 11" X 8" | $ 40.00 |
| 63 | 1 | Framed painting of abstract people (no artist info) | $ 300.00 |
| | | **OFFICE** | |
| 64 | 1 | Blue Leather sofa | $ 300.00 |
| 65 | 1 | 3 piece coffee table | $ 275.00 |
| 66 | 1 | Panasonic 36" LCD TV | $ 400.00 |
| 67 | 1 | Sony VCR/DVD Player | $ 30.00 |
| 68 | 3 | Sets of Book Ends | $ 90.00 |
| 69 | 25 | Tobacco Jars | $ 750.00 |
| 70 | 4 | Beer Steins (faces) | $ 200.00 |
| 71 | 1 | Rolling Arm Chair (leather & fabric) | $ 150.00 |
| 72 | 1 | Desk Lamp | $ 60.00 |
| 73 | 1 | Faux Plant | $ 30.00 |
| 74 | 1 | Steel Square Table | $ 100.00 |
| 75 | 1 | Phone | $ 30.00 |
| 76 | 1 | Framed Art 38/40 By: Patrick Hughes | $ 400.00 |
| 77 | 1 | Floor Lamp | $ 50.00 |
| 78 | 1 | Steel Side Table w/Glass Top | $ 100.00 |
| 79 | 2 | Vintage Banks | $ 200.00 |
| | | **OFFICE #2** | |
| 80 | 1 | Sharp 20" LCD TV | $ 190.00 |
| 81 | 1 | Sony DVD Player | $ 25.00 |
| 82 | 4 | Vases | $ 100.00 |
| 83 | 3 | Tea Pots | $ 90.00 |
| 84 | 1 | Glass bowl (red) | $ 125.00 |
| 85 | 1 | Glass Fish (Oggetti) | $ 55.00 |
| 86 | 2 | Small Glass Pitchers | $ 40.00 |
| 87 | 1 | Mac Book laptop computer | $ 400.00 |
| 88 | 1 | Leather Arm Chair | $ 120.00 |
| 89 | 1 | Fabric Sofa | $ 150.00 |
| 90 | 1 | Round Side Table | $ 40.00 |
| 91 | 1 | 17" Monitor | $ 70.00 |
| 92 | 1 | Faux Plant | $ 30.00 |
| 93 | 1 | Chrome Coffee Table w/Black Glass Top | $ 200.00 |
| 94 | 1 | Framed Print By: Frank Stella 96/100 36" X 36" | $ 125.00 |
| 95 | 1 | Lot misc display items | $ 150.00 |
| 96 | 1 | Desk Lamp | $ 40.00 |
| 97 | 1 | Fax machine | $ 30.00 |
| 98 | 1 | Chrome & Glass Side Table | $ 180.00 |
| 99 | 1 | Steel Floor Lamp | $ 60.00 |
| 100 | 4 | Framed Prints 12" X 10" | $ 40.00 |
| | | **PATIO** | |
| 101 | 1 | Table | $ 75.00 |

# APPRAISAL REPORT

| Item | Qty | Description | F.S.L.V. |
|------|-----|-------------|----------|
| 102 | 5 | Chairs | $ 160.00 |
| 103 | 1 | Lounge Chair | $ 50.00 |
| 104 | 2 | Side Tables | $ 40.00 |
| 105 | 1 | Trolley on Casters | $ 25.00 |
| 106 | 1 | Painted Bowl | $ 30.00 |
| 107 | 1 | Tree | $ 80.00 |
| 108 | 2 | Planters | $ 100.00 |
| | | **STORAGE** | |
| 109 | | By: Red Grooms | |
| 110 | 1 | 16" X 24" 3D view of Times square NYC 1/75 1995, By: Red Grooms | $ 800.00 |
| 111 | 1 | 30" X 24" 3D view Man Painting 35/75 1997, By: Red Grooms | $ 700.00 |
| 112 | 1 | 20" X 22" 3D view of French Street Scene mixed media 34/455 1995, By: Red Grooms | $ 1,200.00 |
| 113 | | | |
| 114 | 1 | By: Picasso Ink on Paper Man Sitting 13" X 17" | $ 300.00 |
| 115 | 1 | By: Picasso Ink on Paper Man & Woman Lying Down 17" X 13" | $ 300.00 |
| 116 | 1 | By: Picasso Ink on Paper Man & Woman Posing 13" X 17" | $ 300.00 |
| 117 | | | |
| 118 | 1 | By: Agam Abstract 21/99 13" X 13" | $ 600.00 |
| 119 | 1 | By: Andy Warhall 61/125 1975 29" X 43" lithograph | $ 9,000.00 |
| 120 | 1 | By: Andy Warhall 61/125 1975 29" X 43" lithograph | $ 9,000.00 |
| 121 | 1 | By: Andy Warhall 61/125  29" X 43" lithograph | $ 9,000.00 |
| 122 | 1 | By: Victor Vasarely "Zekk" 38" X 38" 1980 original oil on canvas (abstract) | $ 50,000.00 |
| 123 | 1 | By: Graham Nixon 102" X 69" x 1.5" oil on canvas (boardwalk, beach scene) No information was found on the artist "Graham Nixon" who was said to be the painter of this piece. Valued as "No Name artist" | $ 300.00 |
| 124 | | **CERAMIC PIECES** | |
| 125 | 3 | Negro boys lying down down (ceramic) stamped JMS 6828, 2630, 4911 9" long (jar tops) (No information found) | $ 300.00 |
| 126 | | **TOBACCO JARS STAMPED JM (Johann Maresch) and BB (Bernard Bloch)** | |
| 127 | 1 | Negro man sitting #3510 | $ 250.00 |
| 128 | 1 | Negro man sitting on Tree Stump (no # visible) | $ 250.00 |
| 129 | 1 | Negro boy lying on tree #3414 | $ 275.00 |
| 130 | 1 | Negro woman's head #337 stamped: BB | $ 300.00 |
| 131 | 1 | White mans head #349 stamped: BB | $ 300.00 |
| 132 | 1 | Negro woman sitting w/ dog #3511 stamped: JM | $ 500.00 |
| 133 | 1 | Negro man's head (no markings visible) | $ 350.00 |
| 134 | 1 | Negro boy sitting on cushion #2145 | $ 300.00 |
| 135 | 1 | Negro Man  inside Jar #3543 stamped: JM | $ 350.00 |
| 136 | 1 | Negro Man Jar 1978 #32 | $ 200.00 |
| 137 | | **CIGAR HOLDERS** | |
| 138 | 1 | Negro boy sitting on stump #6462 stamped: JM | $ 250.00 |
| 139 | 1 | Negro boy sitting on stump #64 9 stamped: JM | $ 250.00 |
| | | | |
| | | **TOTAL** | **$ 112,556.00** |

Appraised By:

March 25, 2009

Eric Rubin



# Appraisal

**HAROLD'S JEWELERY, INC.**
2200 West Glades Road, #309
BOCA RATON, FLORIDA 33431
(561) 392-0502   Fax (561) 392-1099

**TO WHOM IT MAY CONCERN:**
This is to certify that we are engaged in the jewelry business, appraising diamonds, watches, jewelry and precious stones of all descriptions.

We herewith certify that we have this day carefully examined the following listed and described articles, the property of:

NAME  MRS. RITA LIPTON

ADDRESS  550 S.E. MIZNER BLVD SUITE # 605 BOCA RATON FL. 33432

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making this Appraisal, we DO NOT agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| 14. ONE 18KT. YELLOW GOLD LINK BRACELET SET WITH IN CLASP 2 CABACHON EMERALDS.1 BLUE DAPPHIRE.4 ROUND FULL CUT DIAMONDS APPROXIMATELY 3 PTS. EACH.1 CHARM HANGING FROM BRACELET IS A CABACHON EMERALD.4 ROUND FULL CUT DIAMONDS WEIGHING APPROXIMATELY 4 PTS. EACH.GOLD WEIGHS 30.33 DWTS. | $1150.00 |
| 15. ONE 18KT. YELLOW AND WHITE GOLD DIAMOND BRACELET SET WITH 50 ROUND FULL CUT DIAMONDS WEIGHING 20 DIAMONDS AT APPROXIMATELY 5 PTS. EACH.30 APPROXIMATELY 3 1/2 PTS. EACH.GOLD WEIGHS 19.70 DWTS. | $1400.00 |

The foregoing Appraisal is made with the understanding that the Appraiser assumes no liability with respect to any action that may be taken on the basis of this Appraisal.

_____
APPRAISER

_____
DATE





## HAROLD'S JEWELERY, INC.
2200 West Glades Road, #309
BOCA RATON, FLORIDA 33431
(561) 392-0502   Fax (561) 392-1099

**TO WHOM IT MAY CONCERN:**
This is to certify that we are engaged in the jewelry business, appraising diamonds, watches, jewelry and precious stones of all descriptions.

We herewith certify that we have this day carefully examined the following listed and described articles, the property of:

NAME   MRS. RITA LIPTON

ADDRESS   550 S.E.MIZNER BLVD. SUITE #605 BOCA RATON FL. 33432

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making this Appraisal, we DO NOT agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| 28. ONE PAIR 18KT. WHITE GOLD BLUE TOPAZ EARRINGS WITH CENTER TANZANITE STONE.GOLD WEIGHS 19.62 DWTS. | $350.00 |
| 29. ONE LADIES 18KT.YELLOW GOLD PIAGET POLO WATCH AND MEASURES 5 1/2 INCHES .GOLD WEIGHS 51 DWTS. | $1500.00 |
| 30. ONE LADIES 18KT. WHITE GOLD DIAMOND FRANK MULLER WATCH.MODEL 63.STYLE 2251Q2D.CENTURY CINTREE CURVEX.SET WITH 84 ROUND FULL CUT DIAMONDS WEIGHING APPROXIMATELY 1 PT. EACH. | $2500.00 |
| 31. ONE LADIES 18KT.YELLOW GOLD CARTIER TANK WATCH WITH WHITE DIAL AND BLACK LEATHER STRAP.WATCH HAS ROMAN NUMERALS. | $500.00 |

The foregoing Appraisal is made with the understanding that the Appraiser assumes no liability with respect to any action that may be taken on the basis of this Appraisal.

LEE MENDELSON GIA ALUMNI

APPRAISER

February 23, 2009

DATE

# Appraisal



**HAROLD'S JEWELERY, INC.**
2200 West Glades Road, #309
BOCA RATON, FLORIDA 33431
(561) 392-0502   Fax (561) 392-1099

**TO WHOM IT MAY CONCERN:**
This is to certify that we are engaged in the jewelry business, appraising diamonds, watches, jewelry and precious stones of all descriptions.

We herewith certify that we have this day carefully examined the following listed and described articles, the property of:

MRS. RITA LIPTON

NAME _____

550 S.E.MIZNER BLVD, SUITE #605 BOCA RATON FL. 33432

ADDRESS _____

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making this Appraisal, we DO NOT agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| 25. ONE LADIES YELLOW GOLD SIGNET RING SET WITH 2 LITTLE DIAMONDS WEIGHING 3 PTS. EACH.GOLD WEIGHS 2.80 DWTS. | $85.00 |
| 26. ONE LADIES 18KT. WHITE GOLD DIAMOND AND CALSYDNEY BRACELET SET WITH 5 OVAL CALSYDNEY STONES .6 OVAL BLUE CEYLON SAPPHIRES.SET WITH 168 ROUND FULL CUT DIAMONDS APPROXIMATELY 1 PT. EACH.GOLD WEIGHS 20.73 DWTS. | $1300.00 |
| 27. ONE PAIR DIAMOND PLATINUM DIAMOND SWIRL EARRINGS SIGNED "TIFFANY AND COMPANY" SET WITH 28 RIUND FULL CUT DIAMONDS IN EACH EARRING.T.W.OF .56 DIAMONDS WEIGHING APPROXMATELY .3.36 CTS.H/I COLOR.VS-SI1 ASST.QUALITYS.GOLD WEIGHS 5.39 DWTS. | $1500.00 |

The foregoing Appraisal is made with the understanding that the Appraiser assumes no liability with respect to any action that may be taken on the basis of this Appraisal.

LEE MENDELSON GIA ALUMNI                           February 23, 2009

**APPRAISER**                                              **DATE**





**HAROLD'S JEWELERY, INC.**
2200 West Glades Road, #309
BOCA RATON, FLORIDA 33431
(561) 392-0502   Fax (561) 392-1099

**TO WHOM IT MAY CONCERN:**
This is to certify that we are engaged in the jewelry business, appraising diamonds, watches, jewelry and precious stones of all descriptions.

We herewith certify that we have this day carefully examined the following listed and described articles, the property of:

NAME ___ MRS. RITA LIPTON ___

ADDRESS ___ 550 S.E. MIZNER BLVD. SUITE #605 BOCA RATON FL. 33432 ___

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making this Appraisal, we DO NOT agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| 23. ONE 18KT. YELLOW GOLD WEDDING BAND SET WITH 6 ROUND DIAMONDS 2 POINTERS. 3 DIAMONDS 4 POINTERS. GOLD WEIGHS 3.69 DWTS. | $205.000 |
| 24. THREE 18KT. YELLOW GOLD WHITE GOLD AND ROSE GOLD STACK RINGS SET WITH 7 ROUND FULL CUT DIAMONDS IN EACH BAND. 21 DIAMONDS 2 1/2 PTS. EACH. 7 STONES 3 PTS. EACH. GOLD WEIGHS 4.44 DWTS. | $325.00 |

The foregoing Appraisal is made with the understanding that the Appraiser assumes no liability with respect to any action that may be taken on the basis of this Appraisal.

LEE MENDELSON GIA ALUMNI ___ February 23, 2009 ___
APPRAISER                                          DATE



# Appraisal



**HAROLD'S JEWELERY, INC.**
2200 West Glades Road, #309
BOCA RATON, FLORIDA 33431
(561) 392-0502    Fax (561) 392-1099

**TO WHOM IT MAY CONCERN:**
This is to certify that we are engaged in the jewelry business, appraising diamonds, watches, jewelry and precious stones of all descriptions.

We herewith certify that we have this day carefully examined the following listed and described articles, the property of:

MRS. RITA LIPTON

NAME ___350 S E MIZNER BLVD. SUITE #605 BOCA RATON,FL  33432_____

ADDRESS _____

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making this Appraisal, we DO NOT agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| 20. ONE LADIES 18KT.WHITE AND YELLOW GOLD ENAMEL RING SET WITH 38 ROUND FULL CUT DIAMOND WEIGHING APPROXIMATELY  WEIGHING  APPROXIMATELY  2  1/2 PTS.EACH.H/I COLOR.VS QUALITY. | $800.00 |
| 21. ONE LADIES 18KT.YELLOW GOLD ETERNITY BAND SET WITH 80 ROUND FULL CUT DIAMONDS WEIGHING APPROXIMATELY 2 PTS. EACH.T.W. OF DIAMONDS 1.60 CARATS.H/I  COLOR.VS  QUALITYGOLD  WEIGHS  6.03 DWTS. | $750.00 |
| 22. ONE LADIES PLATINUM DIAMOND AND SAPPHIRE RING  MEASURING  APPROXIMATELY  9.83X 9.15X 6.83MM.CEYLON SAPPHIRE WEIGHING APPROX. 5.65 CTS.SET WITH 2 EMERALD DIAMONDS APPROX. .45 PTS.EACH AND 2 DIAMONDS APPROX. 33 PTS.ALL DIAMONDS H COLOR.VS QUALITY. | $8700.00 |

The foregoing Appraisal is made with the understanding that the Appraiser assumes no liability with respect to any action that may be taken on the basis of this Appraisal.

LEE MENDELSON  GIA  ALUMNI                                    February 23, 2009

**APPRAISER**                                                  **DATE**

 

# Appraisal



**HAROLD'S JEWELERY, INC.**
2200 West Glades Road, #309
BOCA RATON, FLORIDA 33431
(561) 392-0502   Fax (561) 392-1099

TO WHOM IT MAY CONCERN:
This is to certify that we are engaged in the jewelry business, appraising diamonds, watches, jewelry and precious stones of all descriptions.

We herewith certify that we have this day carefully examined the following listed and described articles, the property of:

NAME __MRS. RITA LIPTON__

ADDRESS __550 S.E. MIZNER BLVD. SUITE #605 BOCA RATON FL. 33432__

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making this Appraisal, we DO NOT agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| 1. ONE LADIES 18KT.YELLOW GOLD BANGLE BRACELET AND PLATNUM SET WITH DIAMOND HEART.SET WITH 15 ROUND FULL CUT DIAMONDS WEIGHING APPROXIMATELY 1.2 POINTS EACH.GOLD WEIGHING 29.30 DWTS. | $1,000.00 |
| 2. ONE LADIES 18KT.TRI-COLOR GOLD DIAMOND BANGLE BRACELET YELLOW-WHITE- ROSE GOLD.SET WITH 7 ROUND FULL CUT DIAMONDS WEIGHING APPROXIMATELY 20-22 PTS.EACH.H COLOR.VS QUALITY.GOLD 28.20 DWTS. | $1450.00 |
| 3. ONE LADIES 18KT.YELLOW GOLD DIAMOND NECKLACE WEIGHING 43.53 DWTS.SET WITH 60 ROUND FULL CUT DIAMONDS WEIGHING APPROXIMATELY 2 PTS. EACH.T.W. OF DIAMONDS 1.20 CTS.H COLOR.VSI'S. | $1900.00 |

The foregoing Appraisal is made with the understanding that the Appraiser assumes no liability with respect to any action that may be taken on the basis of this Appraisal.

__LEE MENDELSON GIA ALUMNI__                    __FEBRUARY 21,2009__
**APPRAISER**                                          **DATE**

# Appraisal





**HAROLD'S JEWELERY, INC.**
2200 West Glades Road, #309
BOCA RATON, FLORIDA 33431
(561) 392-0502   Fax (561) 392-1099

**TO WHOM IT MAY CONCERN:**
This is to certify that we are engaged in the jewelry business, appraising diamonds, watches, jewelry and precious stones of all descriptions.

We herewith certify that we have this day carefully examined the following listed and described articles, the property of:

NAME __ MRS. RITA LIPTON _____

ADDRESS __ 550 S.E. MIZNER BLVD. SUITE #605 BOCA RATON FL. 33432 ___

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making this Appraisal, we DO NOT agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| 16. ONE PAIR 14KT. YELLOW GOLD EARRINGS WITH SOME BLACK CORAL ON THEM. GOLD WEIGHS 6.56 DWTS. | $165.00 |
| 17. ONE LADIES 18KT. YELLOW GOLD RING SET WITH 1 HEARTSHAPE PINK TOURMALINE AND 1 GREEN TOURMALINE. GOLD WEIGHS 9.64 DWTS. | $350.00 |
| 18. ONE LADIES WHITE AND YELLOW GOLD WEDDING BAND SET WITH BLUE ENAMEL AND 24 ROUND DIAMONDS WEIGHING APPROXIMATELY 1 PT. EACH. GOLD WEIGHS 4.67 DWTS. | $250.00 |
| 19. ONE 18KT. YELLOW GOLD PINKY RING SET WITH 1 CENTER ROUND DIAMOND WEIGHING APPROXIMATELY 40 PTS.6 SMALL DIAMONDS WEIGHING 1 1/2 PTS. EACH WEIGHING APPROXIMATELY 9 PTS.I COLOR SI2 QUALITY. | $385.00 |

The foregoing Appraisal is made with the understanding that the Appraiser assumes no liability with respect to any action that may be taken on the basis of this Appraisal.

LEE MENDELSON GIA ALUMNI                    February 23, 2009

_____APPRAISER_____                    _____DATE_____





**HAROLD'S JEWELERY, INC.**
2200 West Glades Road, #309
BOCA RATON, FLORIDA 33431
(561) 392-0502   Fax (561) 392-1099

**TO WHOM IT MAY CONCERN:**
This is to certify that we are engaged in the jewelry business, appraising diamonds, watches, jewelry and precious stones of all descriptions.

We herewith certify that we have this day carefully examined the following listed and described articles, the property of:

MRS. RITA LIPTON

NAME _____

550 S.E. MIZNER BLVD. Suite #605 BOCA RATON FL. 33432

ADDRESS _____

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making this Appraisal, we DO NOT agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| 14. ONE 18KT. YELLOW GOLD LINK BRACELET SET IN CLASP 2 CABACHON EMERALDS.1 BLUE SAPPHIRE.4 ROUND FULL CUT DIAMONDS APPROXMATELY 3 PTS. EACH.T.W. OF DIAMONDS IN CLASP 12 PTS.ONE CHARM HANGING FROM BRACELET CABACHON EMERALD.4 ROUND FULL CUT DIAMONDS WEIGHING APPROXIMATELY 4 PTS. EACH.T.W. OF DIAMONDS 16 PTS. GOLD WEIGH 30.33 DWTS. | $1150.00 |
| 15. ONE 18KT.YELLOW GOLD AND WHITE GOLD DIAMOND BRACELET SET WITH 50 ROUND FULL CUT DIAMONDS WEIGHING 20 DIAMONDS APPROXIMATELY 5 PTS EACH.30 DIAMONDS APPROXIMATELY 3 1/2 PTS.EACH.GOLD WEIGHS 19.70 DWTS. | $1400.00 |

The foregoing Appraisal is made with the understanding that the Appraiser assumes no liability with respect to any action that may be taken on the basis of this Appraisal.

LEE MENDELSON GIA ALUMNI                     February 23, 2009
_____              _____
APPRAISER                                    DATE

# Appraisal





**HAROLD'S JEWELERY, INC.**
2200 West Glades Road, #309
BOCA RATON, FLORIDA 33431
(561) 392-0502   Fax (561) 392-1099

**TO WHOM IT MAY CONCERN:**
This is to certify that we are engaged in the jewelry business, appraising diamonds, watches, jewelry and precious stones of all descriptions.

We herewith certify that we have this day carefully examined the following listed and described articles, the property of:

MRS. RITA LIPTON

NAME _____

550 S.E. MIZNER BLVD. SUITE # 605 BOCA RATON FL. 33432

ADDRESS _____

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making this Appraisal, we DO NOT agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| 11. ONE PAIR 18KT. YELLOW GOLD EARRINGS SET WITH 9 ROUND FULL CUT DIAMONDS IN EACH EARRING.T.W.18 DIAMONDS WEIGHING APPROXIMATELY 3 1/2 PTS.EACH.G/H COLOR.VS QUALITY.GOLD WEIGHS 18.77 DWTS. | $875.00 |
| 12. ONE PAIR 18KT. WHITE AND YELLOW GOLD EARRINGS.GOLD WEIGHS 5.97 DWTS. | $200.00 |
| 13. ONE 18KT. YELLOW GOLD RING SET WITH 1 CABACHON RUBY.1 CABACHON EMERALD. SEVEN POINTERS.GOLD WEIGHS 4.46 DWTS. | $200.00 |

The foregoing Appraisal is made with the understanding that the Appraiser assumes no liability with respect to any action that may be taken on the basis of this Appraisal.



LEE MENDELSON GIA ALUMNI                    February 21, 2009

**APPRAISER**                                          **DATE**





### HAROLD'S JEWELERY, INC.
2200 West Glades Road, #309
BOCA RATON, FLORIDA 33431
(561) 392-0502   Fax (561) 392-1099

TO WHOM IT MAY CONCERN:
This is to certify that we are engaged in the jewelry business, appraising diamonds, watches, jewelry and precious stones of all descriptions.

We herewith certify that we have this day carefully examined the following listed and described articles, the property of:

NAME  MRS. RITA LIPTON

ADDRESS  990 S.E. MIZNER BLVD. SUITE #605 BOCA RATON FL. 33432

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making this Appraisal, we DO NOT agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| 8. ONE 18KT.TRI-COLOR GOLD PINK-YELLOW-WHITE PUZZLE RING."CARTIER STYLE".GOLD WEIGHS 4.65 DWTS. | $155.00 |
| 9. ONE 18KT.YELLOW GOLD & WHITE GOLD DIAMOND BAND SET WITH 38 ROUND FULL CUT DIAMONDS WEIGHING APPROXIMATELY 2 PTS. EACH.G/H COLOR.VS1 QUALITY.GOLD WEIGHS 8.32 DWTS. | $465.00 |
| 10. ONE LADIES 18KT.WHITE GOLD DIAMOND BAND SET WITH 4 ROUND FULL CUT DIAMONDS WEIGHING APPROXIMATELY 3 1/2 PTS.EACH.17 ROUND FULL CUT DIAMONDS 1 POINTERS.GOLD WEIGHS 4.57 DWTS. | $275.00 |

The foregoing Appraisal is made with the understanding that the Appraiser assumes no liability with respect to any action that may be taken on the basis of this Appraisal.

LEE MENDELSON GIA ALUMNI.

APPRAISER

February 21, 2009

DATE





**HAROLD'S JEWELERY, INC.**
2200 West Glades Road, #309
BOCA RATON, FLORIDA 33431
(561) 392-0502   Fax (561) 392-1099

**TO WHOM IT MAY CONCERN:**
This is to certify that we are engaged in the jewelry business, appraising diamonds, watches, jewelry and precious stones of all descriptions.

We herewith certify that we have this day carefully examined the following listed and described articles, the property of:

MRS. RITA LIPTON

NAME ————————————————————————————————————————————
550 S.E. MIZNER BLVD. SUITE #605 BOCA RATON FL. 33432

ADDRESS ———————————————————————————————————————————

We estimate the value as listed for insurance or other purposes at the current retail value, excluding Federal and other taxes. In making this Appraisal, we DO NOT agree to purchase or replace the articles.

| DESCRIPTION | APPRAISED VALUE |
|---|---|
| 4. ONE LADIES 18KT. YELLOW GOLD CHAIN NECKLACE GOLD WEIGHS 110.39 DWTS. | $3700.00 |
| 5. ONE PAIR 18KT. YELOW GOLD HUGGIE EARRINGS.GOLD WEIGHS 8.98 DWTS. | $300.00 |
| 6. ONE PAIR 18KT.YELLOW GOLD EARRINGS SET WITH APPROXIMATELY 5 PT.RUBY ON BACK OF EARRINGS GOLD WEIGHS 8.24 DWTS. | $600.00 |
| 7. ONE PAIR 18KT. YELLOW GOLD EARRINGS SET WITH 3 ROUND FULL CUT DIAMONDS IN EACH EARRING WEIGHING APPROXIMATELY 10 PTS.EACH.T.W 6 DIAMONDS 60 PTS.H COLOR.VS QUALITY.GOLD WEIGHS 14.76 DWTS. | $750.00 |

The foregoing Appraisal is made with the understanding that the Appraiser assumes no liability with respect to any action that may be taken on the basis of this Appraisal.

LEE MENDELSON GIA ALUMNI                                February 21, 2009
_____                     _____
APPRAISER                                                           DATE

B6C (Official Form 6C) (12/07)

In re    **Rita W. Lipton**                                                    ,    Case No.    **09-16250**
_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                   $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Debtor's residence** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat.** | **100%** | **875,000.00** |
| **550 SE Mizner Blvd #605** | **Ann. §§ 222.01, 222.02, 222.05** | | |
| **Boca Raton FL** | **11 U.S.C. § 522(b)(3)(B)** | **100%** | |
| | | | |
| **Cash on Hand** | | | |
| **Cash on hand** | **Art. 10 § 4** | **0.00** | **0.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America Checking acct #2056** | **Art. 10 § 4** | **1,000.00** | **38,533.95** |
| | | | |
| **Bank of America Checking acct #1784** | **11 U.S.C. § 522(b)(3)(B)** | **100%** | **1,638.67** |
| | | | |
| **Bank of Florida #1572** | **Art. 10 § 4** | **0.00** | **0.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **See attached list** | **11 U.S.C. § 522(b)(3)(B)** | **100%** | **112,556.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Debtor's clothing - no value to estate** | **Art. 10 § 4** | **100%** | **0.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| **National Benefit Life Ins Co. #2196 Debtor is** | **FS § 222.13** | **100%** | **0.00** |
| **beneficiary of husband's policy** | | | |
| | | | |
| **Stock and Interests in Businesses** | | | |
| **Friedman Billings Ramsey & Co. #8230** | **Art. 10 § 4** | **0.00** | **0.11** |
| | | | |
| **Equitable or Future Interests, Life Estates, etc.** | | | |
| **Lipton Irrevocable Trust 12/27/90** | **Art. 10 § 4** | **100%** | **Unknown** |
| | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Debtor receives $491.00 p/m s/s** | **Fla. Stat. § 222.201; 11 U.S.C. §** | **100%** | **Unknown** |
| | **522(d)(10)(A); 42 USC §401** | | |
| | | | |
| | Total: | **115,194.67** | **1,027,728.73** |

___**0**___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

**B6D (Official Form 6D) (12/07)**

In re **Rita W. Lipton**                              Case No. **09-16250**

                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6958** <br><br> **Wells Fargo** <br> **POB 660455** <br> **Dallas, TX 75266** | X | J | **2003** <br><br> **First Mortgage** <br><br> **Debtor's residence** <br> **550 SE Mizner Blvd #605** <br> **Boca Raton FL** | | | | | |
| | | | Value $            **875,000.00** | | | | **900,000.00** | **25,000.00** |
| Account No. **1998** <br><br> **Wells Fargo** <br> **POB 54780** <br> **Los Angeles, CA 90054** | X | J | **2003** <br><br> **Equity line** <br><br> **Debtor's residence** <br> **550 SE Mizner Blvd #605** <br> **Boca Raton FL** | | | | | |
| | | | Value $            **875,000.00** | | | | **93,297.00** | **93,297.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal <br> (Total of this page) | **993,297.00** | **118,297.00** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **993,297.00** | **118,297.00** |

B6E (Official Form 6E) (12/07)

.

In re     **Rita W. Lipton**                                                                                          , Case No. _____**09-16250**_____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Rita W. Lipton**                                                                ,    Case No.  **09-16250**
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 2007 | | | | | |
| | | | | | 1040 taxes | | | | | 0.00 |
| **IRS** **Insolvency Unit - Stop 5730** **7850 SW 6 Ct, Room 165** **Plantation, FL 33324** | X | | J | | | | | | | |
| | | | | | | | | | 242,217.18 | 242,217.18 |
| Account No. | | | | | Property taxes | | | | | |
| | | | | | | | | | | Unknown |
| **Palm Beach County Tax Collector** **P.O. Box 3715** **West Palm Beach, FL 33402** | X | | J | | | | | | | |
| | | | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 242,217.18 | 242,217.18 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 242,217.18 | 242,217.18 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Rita W. Lipton**                                                                    ,      Case No.   **09-16250**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **640** <br><br> **American Express** <br> **POB 981537** <br> **El Paso, TX 79998** | | - | | | **2008** <br> **Consumer purchases** | X | X | X | **2,777.00** |
| Account No. **505** <br><br> **American Express** <br> **POB 981537** <br> **El Paso, TX 79998** | | - | | | **2008** <br> **Consumer purchases** | X | X | X | **305.00** |
| Account No. **303** <br><br> **American Express** <br> **POB 981537** <br> **El Paso, TX 79998** | | - | | | **2008** <br> **Consumer purchases** | X | X | X | **1,859.00** |
| Account No. **024** <br><br> **Bank of America** <br> **POB 15726** <br> **Wilmington, DE 19886** | | - | | | **2008** <br> **Consumer purchases** | X | X | X | **536.00** |

___3___   continuation sheets attached

Subtotal
(Total of this page)                                          **5,477.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          S/N:23325-090414   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rita W. Lipton**                                   ,    Case No.    **09-16250**
_____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5567**<br><br>**Bank of Florida**<br>**Attn William Lawler**<br>**595 S Federal Hwy #100**<br>**Boca Raton, FL 33432** | X | J | **2008**<br>**Line of credit** | X | X | X | **49,450.94** |
| Account No. **029**<br><br>**BMW Bank of NA**<br>**2735 Parleys Way #301**<br>**Salt Lake City, UT 84109** | X | J | **2008**<br>**Consumer purchases - authorized user** | X | X | X | **25,000.00** |
| Account No. **5174**<br><br>**Capital One**<br>**POB 30281**<br>**Salt Lake City, UT 84130** | - | | **2008**<br>**Consumer purchases** | X | X | X | **10,500.00** |
| Account No.<br><br>**Carolina First Bank**<br>**c/oJorge L. Piedra Esq**<br>**2950 SW 27 Ave #300**<br>**Miami, FL 33133** | X | J | **07-08**<br>**Lawsuit** | X | X | X | **Unknown** |
| Account No.<br><br>**Charles Shane**<br>**c/o Arthur Koski Esq**<br>**101 N Federal Hwy #602**<br>**Boca Raton, FL 33432** | X | J | **2008**<br>**Noticing purposes only** | X | X | X | **0.00** |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **84,950.94**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rita W. Lipton**                                              ,          Case No. ___**09-16250**___
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2008 Noticing purposes only | | | | |
| Drew Shane c/o Arthur Koski Esq 101N Federal Hwy #602 Boca Raton, FL 33432 | X | - | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. **825** | | | | | 2008 Trade debt | | | | |
| FIA CSNA 4060 Ogletown Stanton Rd Newark, DE 19713 | X | J | | | | X | X | X | |
| | | | | | | | | | 48,750.00 |
| Account No. | | | | | 2008 Legal services | | | | |
| Furr & Cohen 2255 Glades Rd Boca Raton, FL 33431 | | - | | | | | | | |
| | | | | | | | | | 2,300.00 |
| Account No. **099** | | | | | 2008 Consumer purchases | | | | |
| Household Bank 12447 SW 69 Ave Dispute Processing Portland, OR 97223 | | - | | | | | | X | |
| | | | | | | | | | 255.00 |
| Account No. **115** | | | | | 2008 Consumer purchases | | | | |
| HSBC Card Service POB 17332 Baltimore, MD 21297 | | - | | | | | | X | |
| | | | | | | | | | 1,315.00 |

Sheet no. __**2**___ of __**3**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,620.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rita W. Lipton**                                                                    ,          Case No.      **09-16250**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008 Lawsuit | | | | |
| Paul and Denise Heimberg c/o Patrick Dervishi Esq 1800 NW Corporate Blvd #102 Boca Raton, FL 33431 | X | J | | | X | X | X | Unknown |
| Account No. | | | | 2008 Lawsuit - personal guaranty | | | | |
| The Prudential Ins Co of America c/oJeffrey A. Sparrow Esq 300 S Pine Island Rd #304 Fort Lauderdale, FL 33324 | X | J | | | X | X | X | Unknown |
| Account No. | | | | Judgment | | | | |
| The Prudential Ins Co of America c/oJeffrey A. Sparrow Esq 300 S Pine Island Rd #304 Fort Lauderdale, FL 33324 | X | J | | | | | | 0.00 |
| Account No. **784** | | | | 2008 Consumer purchases | | | | |
| Visa DSNB 9111 Duke Blvd Mason, OH 45040 | - | | | | | | X | 419.00 |
| Account No. **3305** | | | | 2008 Trade debt | | | | |
| Wachovia Commercial Loan Svc POB 740502 Atlanta, GA 30374 | X | J | | | X | X | X | Unknown |

| | | |
|---|---|---|
| Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 419.00 |
| | Total (Report on Summary of Schedules) | 143,466.94 |

B6G (Official Form 6G) (12/07)

In re   **Rita W. Lipton**                                  ,       Case No.   **09-16250**

                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re    **Rita W. Lipton**                                                    ,    Case No.    **09-16250**
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Charles Shane** | **Paul and Denise Heimberg**<br>**c/o Patrick Dervishi Esq**<br>**1800 NW Corporate Blvd #102**<br>**Boca Raton, FL 33431** |
| **Robert Lipton** | **IRS**<br>**Insolvency Unit - Stop 5730**<br>**7850 SW 6 Ct, Room 165**<br>**Plantation, FL 33324** |
| **Robert Lipton** | **Palm Beach County Tax Collector**<br>**P.O. Box 3715**<br>**West Palm Beach, FL 33402** |
| **Robert Lipton** | **Wells Fargo**<br>**POB 660455**<br>**Dallas, TX 75266** |
| **Robert Lipton** | **Carolina First Bank**<br>**c/oJorge L. Piedra Esq**<br>**2950 SW 27 Ave #300**<br>**Miami, FL 33133** |
| **Robert Lipton** | **The Prudential Ins Co of America**<br>**c/oJeffrey A. Sparrow Esq**<br>**300 S Pine Island Rd #304**<br>**Fort Lauderdale, FL 33324** |
| **Robert Lipton** | **Paul and Denise Heimberg**<br>**c/o Patrick Dervishi Esq**<br>**1800 NW Corporate Blvd #102**<br>**Boca Raton, FL 33431** |
| **Robert Lipton** | **Bank of Florida**<br>**Attn William Lawler**<br>**595 S Federal Hwy #100**<br>**Boca Raton, FL 33432** |
| **Robert Lipton** | **Wells Fargo**<br>**POB 54780**<br>**Los Angeles, CA 90054** |
| **Robert Lipton** | **BMW Bank of NA**<br>**2735 Parleys Way #301**<br>**Salt Lake City, UT 84109** |

**1**

_____ continuation sheets attached to Schedule of Codebtors

In re  __Rita W. Lipton_____,    Case No. ___09-16250_____
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Robert Lipton** | **FIA CSNA**<br>**4060 Ogletown Stanton Rd**<br>**Newark, DE 19713** |
| **Robert Lipton** | **Wachovia**<br>**Commercial Loan Svc**<br>**POB 740502**<br>**Atlanta, GA 30374** |
| **Robert Lipton** | **The Prudential Ins Co of America**<br>**c/oJeffrey A. Sparrow Esq**<br>**300 S Pine Island Rd #304**<br>**Fort Lauderdale, FL 33324** |
| **Robert Lipton** | **Drew Shane**<br>**c/o Arthur Koski Esq**<br>**101N Federal Hwy #602**<br>**Boca Raton, FL 33432** |
| **Robert Lipton** | **Charles Shane**<br>**c/o Arthur Koski Esq**<br>**101 N Federal Hwy #602**<br>**Boca Raton, FL 33432** |
| **Smile Express Aventura** | **The Prudential Ins Co of America**<br>**c/oJeffrey A. Sparrow Esq**<br>**300 S Pine Island Rd #304**<br>**Fort Lauderdale, FL 33324** |
| **Smile Express LLC** | **Carolina First Bank**<br>**c/oJorge L. Piedra Esq**<br>**2950 SW 27 Ave #300**<br>**Miami, FL 33133** |
| **Smile Express LLC** | **Paul and Denise Heimberg**<br>**c/o Patrick Dervishi Esq**<br>**1800 NW Corporate Blvd #102**<br>**Boca Raton, FL 33431** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re  **Rita W. Lipton**                                    Case No.  **09-16250**
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **retired** | **retired** |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b.  Insurance | $ 0.00 | $ 0.00 |
| c.  Union dues | $ 0.00 | $ 0.00 |
| d.  Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify):    **social security** | $ 491.00 | $ 1,556.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify):    **See Detailed Income Attachment** | $ 18,000.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 18,491.00 | $ 1,556.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 18,491.00 | $ 1,556.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 20,047.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **The ability of the Debtor to recieve advance payments on promissory notes is dependent upon the financial conditions of the companies owing the notes.**

**B6I (Official Form 6I) (12/07)**

In re   **Rita W. Lipton**                                                    Case No.   **09-16250**
                      Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Detailed Income Attachment

**Other Monthly Income:**

| | | |
|---|---|---|
| promissory note | $ 1,000.00 | $ 0.00 |
| promissory note income incl. advance payments | $ 16,000.00 | $ 0.00 |
| support from family | $ 1,000.00 | $ 0.00 |
| **Total Other Monthly Income** | $ 18,000.00 | $ 0.00 |

B6J (Official Form 6J) (12/07)

In re __Rita W. Lipton_____    Case No. __09-16250_____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 5,790.10 |
| a. Are real estate taxes included?          Yes __X__          No ___ | |
| b. Is property insurance included?          Yes __X__          No ___ | |
| 2. Utilities:     a. Electricity and heating fuel | $ 200.00 |
|          b. Water and sewer | $ 0.00 |
|          c. Telephone | $ 0.00 |
|          d. Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 350.00 |
| 5. Clothing | $ 0.00 |
| 6. Laundry and dry cleaning | $ 125.00 |
| 7. Medical and dental expenses | $ 125.00 |
| 8. Transportation (not including car payments) | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | $ 187.29 |
|          b. Life | $ 133.33 |
|          c. Health | $ 0.00 |
|          d. Auto | $ 0.00 |
|          e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|          (Specify)   __estimated taxes on income__ | $ 1,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto | $ 0.00 |
|          b. Other | $ 0.00 |
|          c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other   __See Detailed Expense Attachment__ | $ 7,404.74 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 15,465.46 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**Debtor is currently battling cancer and Debtor's spouse is in an assisted living facility due to multiple medical conditions as well as a complete breakdown. To the extent their health improves the expenses related to their conditions will decrease.**

| 20. STATEMENT OF MONTHLY NET INCOME | |
|---|---|
| a.    Average monthly income from Line 15 of Schedule I | $ 20,047.00 |
| b.    Average monthly expenses from Line 18 above | $ 15,465.46 |
| c.    Monthly net income (a. minus b.) | $ 4,581.54 |

**B6J (Official Form 6J) (12/07)**

In re  **Rita W. Lipton**                                                                    Case No.  **09-16250**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| **Isabell Uyema  - assitant/medical help re: Chemo** | $ | **2,166.66** |
| **condo maintenance** | $ | **1,443.18** |
| **special assessment - condo** | $ | **94.90** |
| **Elder care for husband** | $ | **3,700.00** |
| **Total Other Expenditures** | $ | **7,404.74** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Rita W. Lipton**

Debtor(s)

Case No.  **09-16250**

Chapter  **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **38** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 6, 2009**

Signature  **/s/ Rita W. Lipton**

**Rita W. Lipton**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re __Rita W. Lipton__           Case No. __09-16250__
                 Debtor(s)      Chapter __13__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT          SOURCE

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$491.00** | **2009 Wife monthly s/s payments** |
| **$491.00** | **2008: Wife monthly s/s payments** |
| **$819,282.00** | **2007 - Adjusted Gross Income for Rita and Robert Lipton** |

2

| AMOUNT | SOURCE |
|---|---|
| **$727,972.00** | **2006 - Adjusted Gross Income for Rita and Robert Lipton** |
| **$1,556.00** | **2009 - Husband Monthly Social Security** |
| **$1,556.00** | **2008 - Husband Social Security** |
| **$64,747.26** | **2009 - YTD income from promissory notes (approximate)** |

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **usual household payments** | | **$0.00** | **$0.00** |
| **Saks Fifth Avenue** | **2/23/09** | **$3,700.00** | **$0.00** |

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Rappaport Osborne & Rappaport PL**<br>**1300 North Federal Hwy**<br>**Suite 203**<br>**Boca Raton, FL 33432** | **2/26/09, 3/4/09** | **$17,000 attorney fees**<br>**$274.00 filing fees**<br>**$250.00 costs** |

4

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Rappaport, Osborne & Rappaport** | **3/4/09** | **$5,000.00 legal fees re: Robert Lipton** |

### 10. Other transfers

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| **David Lipton, Harris & Caleb Lipton** | **December 2008** | **$25,000 - gift to David Lipton<br>$500 each to Harris and Caleb Lipton  - Channaukah gifts** |
| **Holden, London & Piper Lipton** | **December 2008** | **$500 each - Channuakah gifts** |
| **David Lipton** | **1/2/09, 2/5/09** | **$2298.95, $5000.00** |
| **Harris Lipton** | **2/12/09** | **$1000** |
| **David Lipton<br>61 Unquowa Rd<br>Fairfield, CT 06824<br>Son** | **1/1/08** | **50 shares of Aztec Management Company exchanged for 35% interest in SHW LLC - value unknown.** |
| **David Lipton** | **9/26/08** | **250 shares common stock to David Lipton for $120,000.00 unsecured promissory note.** |
| **Picasso Holding Company** | **9/26/08** | **900 shares of Picasso Holding Company sold back to the corporation for unsecured promissory note $650,000.00** |

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|
| **Wells Fargo** | **Liquidated fund 2/6/09** | **$46,282.50 - money deposited into Bank of America** |

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

6

| None ■ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law: |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

| None ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
|---|---|

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Summit Medical Center** | | | **Debtor is Pres.** | |
| **National Law Phone, Inc.** | | | **Debtor is an officer** | |

| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None · a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐ supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                                    DATES SERVICES RENDERED
**Debtor**

**Bruce Benator CPA**

None · b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■ of account and records, or prepared a financial statement of the debtor.

NAME                                        ADDRESS                                        DATES SERVICES RENDERED

None · c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐ of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                                ADDRESS
**Debtor**

**Bruce Benator CPA**

None · d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■ issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                             DATE ISSUED

**20. Inventories**

None · a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■ and the dollar amount and basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR                    DOLLAR AMOUNT OF INVENTORY
                                                                             (Specify cost, market or other basis)

None · b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

                                                                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                                    RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None · a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                            NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None · b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■ controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                    NATURE AND PERCENTAGE
NAME AND ADDRESS                            TITLE                    OF STOCK OWNERSHIP

8

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**May  6, 2009**_____         Signature   __**/s/ Rita W. Lipton**_____
                                                                   **Rita W. Lipton**
                                                                   Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201 (12/08)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Jordan L. Rappaport, Esquire 108022 | X /s/ Jordan L. Rappaport, Esquire | May  6, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**1300 N Federal Hwy #203
Boca Raton, FL 33432
(561) 368-2200**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Rita W. Lipton | X /s/ Rita W. Lipton | May  6, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known)   **09-16250** | X | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

American Express
POB 981537
El Paso, TX 79998


Bank of America
POB 15726
Wilmington, DE 19886


Bank of Florida
Attn William Lawler
595 S Federal Hwy #100
Boca Raton, FL 33432


BMW Bank of NA
2735 Parleys Way #301
Salt Lake City, UT 84109


Capital One
POB 30281
Salt Lake City, UT 84130


Carolina First Bank
c/oJorge L. Piedra Esq
2950 SW 27 Ave #300
Miami, FL 33133


Charles Shane
c/o Arthur Koski Esq
101 N Federal Hwy #602
Boca Raton, FL 33432


Drew Shane
c/o Arthur Koski Esq
101N Federal Hwy #602
Boca Raton, FL 33432


FIA CSNA
4060 Ogletown Stanton Rd
Newark, DE 19713


Furr & Cohen
2255 Glades Rd
Boca Raton, FL 33431

Household Bank
12447 SW 69 Ave
Dispute Processing
Portland, OR 97223


HSBC Card Service
POB 17332
Baltimore, MD 21297


IRS
Insolvency Unit - Stop 5730
7850 SW 6 Ct, Room 165
Plantation, FL 33324


Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402


Paul and Denise Heimberg
c/o Patrick Dervishi Esq
1800 NW Corporate Blvd #102
Boca Raton, FL 33431


The Prudential Ins Co of America
c/oJeffrey A. Sparrow Esq
300 S Pine Island Rd #304
Fort Lauderdale, FL 33324


Visa DSNB
9111 Duke Blvd
Mason, OH 45040


Wachovia
Commercial Loan Svc
POB 740502
Atlanta, GA 30374


Wells Fargo
POB 660455
Dallas, TX 75266


Wells Fargo
POB 54780
Los Angeles, CA 90054