UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

CASE NO. 09-16250-BKC-EPK
CHAPTER 13

RITA W. LIPTON,

    Debtor.
_____/

## AMENDMENT TO SCHEDULES

Debtor, RITA W. LIPTON, by and through undersigned counsel, hereby amends her bankruptcy schedules as follows:

1. Schedule B, Item 2 - Checking, Saving or Other Financial Accounts is amended as attached.

2. Schedule C is amended as attached.

3. Schedule F is amended to provide additional notice as attached:

    Financial Solutions of America, LLC
    Assignee of Wachovia Bank, N.A.
    c/o Steven J Reed Esq
    2 Sylvan Way, #303
    Parsippany, NJ  07054

    Mercantile Bank
    Payment Services
    POB 100201
    Columbia, SC  29202-3201

4. Summary of Schedules is amended as attached.

Dated this 12th day of August, 2009.

I, RITA W. LIPTON, Debtor, certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

                                                  /s/
                                          RITA W. LIPTON

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true copy of the foregoing, **together with a copy of the Notice of Commencement to all added creditors,** has been furnished by regular mail or electronically where available to the parties enumerated below this the 12th day of August, 2009.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

RAPPAPORT OSBORNE & RAPPAPORT, PL
Attorneys for Debtor
1300 North Federal Highway
Squires Building, Suite 203
Boca Raton, Florida 33432
Telephone (561) 368-2200
Facsimile (561) 338-0350

By:  /s/Jordan L. Rappaport
JORDAN L. RAPPAPORT, ESQ.
Florida Bar No. 108022

## Electronic Mail Notice List

- Alejandro R Alvarez    aalvarez@piedralaw.com
- John C Brock    sobkmail@defaultlawfl.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jordan L Rappaport    rappaport@kennethrappaportlawoffice.com
- Jeffrey A Sarrow    jsarrowpa@aol.com
- Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com

## Manual Notice List

None

B6B (Official Form 6B) (12/07)

In re  **Rita W. Lipton**  
Debtor

Case No.  **09-16250**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

|   | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash on hand | - | 0.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking acct #2056 | - | 38,533.95 |
| | | | Bank of America Checking acct #1939 | - | 73,856.07 |
| | | | Bank of America Checking acct #1784 | J | 1,638.67 |
| | | | Bank of Florida #1572 | J | 0.00 |
| | | | Bank of Florida #5706<br>Lipton Irrev Trust Dated 12/27/1990<br>Rita Lipton Trustee | - | 0.00 |
| | | | Mercantile Bank Free Checking account no. xxxxxx7552 | - | 732.10 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | See attached list | J | 112,556.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Debtor's clothing - no value to estate | - | 0.00 |
| 7. | Furs and jewelry. | | See attached | - | 36,335.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >  **263,651.79**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  Rita W. Lipton
                Debtor

Case No. __09-16250__

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | National Benefit Life Ins Co. #2196 Debtor is beneficiary of husband's policy | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Friedman Billings Ramsey & Co. #8230 | - | 0.11 |
| | | 5% Summit Vegas Management Company, a Nevada corporation | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | Debtor owns unsecured promissory note from Picasso Holding Company payable over 10 years. Value is contingent upon general economic conditions and the ability of the company to make current payments. Face value was $650,000.00. Liquidation value is unknown. | - | Unknown |
| | | Debtor owns a 10 year unsecured promisory note from David Lipton. Face value at time of creation was $120,000.00. Liquidation value is unknown and contingent upon ability to sell the note. | - | Unknown |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >   0.11
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Rita W. Lipton**
_____,
Debtor

Case No. __**09-16250**__

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Lipton Irrevocable Trust 12/27/90** | J | Unknown |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                       Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Rita W. Lipton**                                    Case No.   **09-16250**
                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Debtor receives $491.00 p/m s/s | - | Unknown |

|  |  |
|---|---:|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 263,651.90 |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re   Rita W. Lipton                                                          Case No.   09-16250
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Debtor's residence | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05 | 100% | 875,000.00 |
| 550 SE Mizner Blvd #605 | | | |
| Boca Raton FL | 11 U.S.C. § 522(b)(3)(B) | 100% | |
| **Cash on Hand** | | | |
| Cash on hand | Art. 10 § 4 | 0.00 | 0.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America Checking acct #2056 | Art. 10 § 4 | 1,000.00 | 38,533.95 |
| Bank of America Checking acct #1784 | 11 U.S.C. § 522(b)(3)(B) | 100% | 1,638.67 |
| Bank of Florida #1572 | Art. 10 § 4 | 0.00 | 0.00 |
| Mercantile Bank Free Checking account no. xxxxxx7552 | 11 U.S.C. § 522(b)(3)(B) | 100% | 732.10 |
| **Household Goods and Furnishings** | | | |
| See attached list | 11 U.S.C. § 522(b)(3)(B) | 100% | 112,556.00 |
| **Wearing Apparel** | | | |
| Debtor's clothing - no value to estate | Art. 10 § 4 | 100% | 0.00 |
| **Interests in Insurance Policies** | | | |
| National Benefit Life Ins Co. #2196 Debtor is beneficiary of husband's policy | FS § 222.13 | 100% | 0.00 |
| **Stock and Interests in Businesses** | | | |
| Friedman Billings Ramsey & Co. #8230 | Art. 10 § 4 | 0.00 | 0.11 |
| **Equitable or Future Interests, Life Estates, etc.** | | | |
| Lipton Irrevocable Trust 12/27/90 | Art. 10 § 4 | 100% | Unknown |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Debtor receives $491.00 p/m s/s | Fla. Stat. § 222.201; 11 U.S.C. § 522(d)(10)(A); 42 USC §401 | 100% | Unknown |
| | Total: | 115,926.77 | 1,028,460.83 |

  0   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   Rita W. Lipton                                                  Case No.   09-16250
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 640<br><br>American Express<br>POB 981537<br>El Paso, TX 79998 | | - | 2008<br>Consumer purchases | X | X | X | 2,777.00 |
| Account No. 505<br><br>American Express<br>POB 981537<br>El Paso, TX 79998 | | - | 2008<br>Consumer purchases | X | X | X | 305.00 |
| Account No. 303<br><br>American Express<br>POB 981537<br>El Paso, TX 79998 | | - | 2008<br>Consumer purchases | X | X | X | 1,859.00 |
| Account No. 024<br><br>Bank of America<br>POB 15726<br>Wilmington, DE 19886 | | - | 2008<br>Consumer purchases | X | X | X | 536.00 |

__4__ continuation sheets attached

Subtotal (Total of this page)          5,477.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Rita W. Lipton                                Case No.  **09-16250**
                         Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5567<br><br>Bank of Florida<br>Attn William Lawler<br>595 S Federal Hwy #100<br>Boca Raton, FL 33432 | X | J | 2008<br>Line of credit | X | X | X | 49,450.94 |
| Account No. 029<br><br>BMW Bank of NA<br>2735 Parleys Way #301<br>Salt Lake City, UT 84109 | X | J | 2008<br>Consumer purchases - authorized user | X | X | X | 25,000.00 |
| Account No. 5174<br><br>Capital One<br>POB 30281<br>Salt Lake City, UT 84130 | - | | 2008<br>Consumer purchases | X | X | X | 10,500.00 |
| Account No.<br><br>Carolina First Bank<br>c/o Jorge L. Piedra Esq<br>2950 SW 27 Ave #300<br>Miami, FL 33133 | X | J | 07-08<br>Lawsuit | X | X | X | Unknown |
| Account No.<br><br>Charles Shane<br>c/o Arthur Koski Esq<br>101 N Federal Hwy #602<br>Boca Raton, FL 33432 | X | J | 2008<br>Noticing purposes only | X | X | X | 0.00 |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **84,950.94**

B6F (Official Form 6F) (12/07) - Cont.

In re  Rita W. Lipton ,      Case No. __09-16250__
                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Drew Shane<br>c/o Arthur Koski Esq<br>101N Federal Hwy #602<br>Boca Raton, FL 33432 | X | - | 2008<br>Noticing purposes only | X | X | X | 0.00 |
| Account No. 825<br><br>FIA CSNA<br>4060 Ogletown Stanton Rd<br>Newark, DE 19713 | X | J | 2008<br>Trade debt | X | X | X | 48,750.00 |
| Account No.<br><br>Financial Solutions of America, LLC<br>c/o Steven J Reed Esq<br>2 Sylvan Way, #303<br>Parsippany, NJ 07054 |  | J | Notice only |  |  |  | 0.00 |
| Account No.<br><br>Furr & Cohen<br>2255 Glades Rd<br>Boca Raton, FL 33431 |  | - | 2008<br>Legal services |  |  |  | 2,300.00 |
| Account No. 099<br><br>Household Bank<br>12447 SW 69 Ave<br>Dispute Processing<br>Portland, OR 97223 |  | - | 2008<br>Consumer purchases |  |  | X | 255.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    51,305.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rita W. Lipton**                                                              Case No.   **09-16250**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 115<br><br>HSBC Card Service<br>POB 17332<br>Baltimore, MD 21297 | | - | 2008<br>Consumer purchases | | | X | 1,315.00 |
| Account No. xxxxxx2587<br><br>Mercantile Bank<br>Payment Services<br>POB 100201<br>Columbia, SC 29202-3201 | | J | 4/16/09<br>Notice only | | | | 0.00 |
| Account No.<br><br>Paul and Denise Heimberg<br>c/o Patrick Dervishi Esq<br>1800 NW Corporate Blvd #102<br>Boca Raton, FL 33431 | X | J | 2008<br>Lawsuit | X | X | X | Unknown |
| Account No.<br><br>The Prudential Ins Co of America<br>c/o Jeffrey A. Sparrow Esq<br>300 S Pine Island Rd #304<br>Fort Lauderdale, FL 33324 | X | J | 2008<br>Lawsuit - personal guaranty | X | X | X | Unknown |
| Account No.<br><br>The Prudential Ins Co of America<br>c/o Jeffrey A. Sparrow Esq<br>300 S Pine Island Rd #304<br>Fort Lauderdale, FL 33324 | X | J | Judgment | | | | 0.00 |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,315.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rita W. Lipton**                                                                 Case No.   **09-16250**
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 784<br><br>Visa DSNB<br>9111 Duke Blvd<br>Mason, OH 45040 | - | | 2008<br>Consumer purchases | | | X | 419.00 |
| Account No. 3305<br><br>Wachovia<br>Commercial Loan Svc<br>POB 740502<br>Atlanta, GA 30374 | X | J | 2008<br>Trade debt | X | X | X | Unknown |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **419.00**

Total
(Report on Summary of Schedules)    **143,466.94**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: **Rita W. Lipton**, Debtor

Case No. **09-16250**

Chapter **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 875,000.00 | | |
| B - Personal Property | Yes | 18 | 263,651.90 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 993,297.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 242,217.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 143,466.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 20,212.56 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 15,465.46 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 1,138,651.90 | | |
| Total Liabilities | | | | 1,378,981.12 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  Rita W. Lipton  
                Debtor

Case No. __09-16250__

Chapter __13__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy