

# ORDERED in the Southern District of Florida on September 18, 2009.

*Erik P. Kimball, Judge*
**United States Bankruptcy Court**

___

```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA
                 WEST PALM BEACH DIVISION
```

```
                                    CASE NO.: 09-16250-BKC-EPK
IN RE:                              PROCEEDING UNDER CHAPTER 13

RITA W LIPTON
XXX-XX-8675

DEBTOR              /
```

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTIONS**

**THIS CASE** came to be heard on Sep 11, 2009 on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Objection to Debtor(s)' Exemptions in the above-referenced case and based on the record, it is

**ORDERED**

1. The Trustee's Objection is hereby Sustained.

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355
954-382-2001

**COPIES FURNISHED TO:**

<u>DEBTOR</u>
RITA W LIPTON
550SE MIZNER BLVE #605
BOCA RATON FL  33432

<u>ATTORNEY FOR DEBTOR</u>
JORDAN L. RAPPAPORT, ESQUIRE
1300 N FEDERAL HIGHWAY
SUITE 203
BOCA RATON, FL  33432


ROBIN R. WEINER IS DIRECTED TO SERVE COPIES OF THIS ORDER TO THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.

PAGE 2