ORIGINAL

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE: )
)
RITA W. LIPTON, ) CASE NO. 09-16250-BKC-EPK
)
      Debtor. ) CHAPTER 13

RESPONSE OF THE UNITED STATES TO DEBTOR'S
SECOND OBJECTION TO CLAIM

    The United States of America, through its attorney, Jeffrey H. Sloman, Acting United States Attorney for the Southern District of Florida, respectfully responds to the Debtor's Second Objection to Claims as follows:

    1.  The debtor objects to the Internal Revenue Service's ("Service") proof of claim asserting the claim does not correctly reflect the full credit of the Notice of Loss filed by the debtor.

    2.  The Service has reviewed its records and is in receipt of an incomplete Application for Tentative Refund, Internal Revenue Service Form 1045, filed by the debtor for the year 2005.  The Service has communicated to the debtor which missing items she needs to provide to the Service for a consideration of her request.

    3.  Upon receipt of the required documentation, the Service will withdraw or amend its proof of claim, as appropriate.

Case No. 09-16250-BKC-EPK

WHEREFORE, the United States respectfully requests that the objection be overruled and that the proof of claim be allowed as filed.

    Respectfully submitted,

    **JEFFREY H. SLOMAN**
    Acting United States Attorney

Date: OCT 2 2 2009    By: /s/ Stephen R. Doroghazi
    STEPHEN R. DOROGHAZI
    Special Asst. U. S. Attorney
    PA Bar No. 58049
    Suite 300, Royal Palm One
    1000 S. Pine Island Road
    Plantation, Florida 33324
    Tel. No. (954) 423-7970

Case No. 09-16250-BKC-EPK

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing paper has been served by regular mail on ____OCT 2 2 2009____, upon the following parties by depositing a copy in the United States mail, postage prepaid:

Jordan L. Rappaport, Esq.
Attorney for Debtors
RAPPAPORT OSBORNE & RAPPAPORT, P.L.
1300 N. Federal Hwy., Suite 203
Boca Raton, FL  33432

Robin R. Weiner, Trustee
P.O. Box 559007
Fort Lauderdale, FL 33355

Chief, Compliance Services, Insolvency
Stop 5730
7850 S.W. 6 Court
Fort Lauderdale, FL 33324

                                      */s/ Stephen R. Doroghazi*
                                    STEPHEN R. DOROGHAZI
                                    Special Asst. U. S. Attorney
                                    PA Bar No. 58049
                                    Suite 300, Royal Palm One
                                    1000 S. Pine Island Road
                                    Plantation, Florida 33324
                                    Tel. No. (954) 423-7970